AUSA:   Margaret Smith          Telephone: (313) 226-9135
AO 91 (Rev. 11/11)  Criminal Complaint     Special Agent:   Kim Olech          Telephone:  (313) 949-1702

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
    v.

Jermaine Jenkins

Case: 2:21−mj−30108
Assigned To : Unassigned
Assign. Date : 3/5/2021
CMP: SEALED MATTER (MAW)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 2020 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity theft |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Kimberly Olech*
*Complainant's signature*

Special Agent Kimberly Olech
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ March 5, 2021 ___

*Elizabeth A. Stafford*
*Judge's signature*

City and state: ___ Detroit, MI ___

Elizabeth Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Kimberly Olech, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.  I am a Special Agent, with the Federal Bureau of

    Investigation and have experience in the investigation,

    apprehension and prosecution of individuals involved in federal

    criminal offenses, the use of cellular devices to commit those

    offenses and the available technology that can be used by law

    enforcement to assist in identifying the users of

    cellular devices and their location.

2.  I am submitting this affidavit in support of a criminal complaint

    alleging that JERMAINE JENKINS has violated Title 18 United

    States Code Section 1343, wire fraud, and Title 18 United States

    Code Section 1028A(a)(1), aggravated identity theft. Because this

    affidavit is being submitted for the limited purpose of establishing

    probable cause in support of a criminal complaint, I have not

    included each and every fact known to me concerning this

    investigation. I have set forth only the facts that I believe are

necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

3.    The facts in this affidavit come from my personal observations, training, experience, and information obtained from other agents and witnesses.

## BACKGROUND ON INVESTIGATION

4.    The FBI Violent Gang Task Force (VGTF) is conducting a criminal investigation concerning the "It's Just Us" street gang for violations of Title 18, United States Code, Section 1962 (Racketeering Influenced Corrupt Organizations Act); Title 18, United States Code, Section 1959 (Violent Crimes in Aid of Racketeering); and Title 21, United States Code, Sections 841 and 846 (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances).

5.    A federal grand jury has indicted IJU leader, Duane Peterson, and IJU members, Melvin Brown and Demonte Foster, with racketeering conspiracy in violation of Title 18 U.S.C. Section 1962(d) for violent, IJU-related gang activity.

6.  A federal grand jury has also indicted multiple additional IJU members, including Deshawn Peterson, for conspiring to distribute heroin as part of IJU's narcotics trafficking enterprise.

7.  There are multiple other IJU members under investigation, including JERMAINE JENKINS. The photo below, which was taken from an IJU member's social media page, shows JENKINS (back row, far left, wearing an olive green sweatshirt) with fellow-IJU members. The

caption reads, "...iju is my crew...lafamilia":



8.  During the course of the FBI's investigation, agents have received information from multiple sources which detail JENKINS's involvement in IJU.

9.  For instance, on March 6, 2018, JENKINS was present with other IJU members during the choking and punching of a woman inside the Liquor Island convenience store in Detroit. Surveillance footage

obtained from the store captures JENKINS with fellow IJU

members (JENKINS is wearing a red and black jacket):



10.   The assault ended with one IJU member pistol-whipping an innocent

bystander who was watching the assault from his car, and another

IJU member shooting at the car striking a separate passenger in the

torso.

11.   Additionally, according to Michigan Department of Corrections

records, between March and June of 2020, JENKINS has placed

approximately $750 on the prison commissary account of IJU leader,

Duane Peterson, who is serving a sentence for attempted murder.

## EVIDENCE ON DESHAWN PETERSON'S PHONE

12. On October 22, 2020, agents executed a federal arrest warrant at IJU member, Deshawn Peterson's, residence, located at XXXXXX Nottingham Road in Detroit. Agents seized one phone from Peterson during his arrest.

13. On October 26, 2020, a federal search warrant was obtained for Peterson's cellphone.

14. I reviewed the contents of the phone and discovered evidence of fraudulent financial activity. For instance, in one chat thread Peterson sent several messages to a phone registered to JERMAINE JENKINS. The messages contained photographs of debit cards issued from various state unemployment agencies. Some of the cards were in JERMAINE JENKINS's name. Other cards were in Deshawn Peterson's name. A number of cards were in the name of confirmed identity theft victim, P.W., and an additional suspected identity theft, T.M. Neither victim has an association with Detroit, or with Deshawn Peterson, or JENKINS.

15. Both the card in P.W.'s name, and one of the cards in Deshawn Peterson's name were used at the same location in Detroit,

Michigan, on September 2, 2020, one minute apart. On each

occasion, a sum of $2,500 was withdrawn from each card. Based

on my training and experience, two back-to-back financial

transactions made at the same location involving a large amount

of money indicates fraudulent activity.

16. Records obtained for the photo of the debit card issued in T.M.'s

name by the State of Michigan indicated that the mailing address

associated with the card is XXXXX Nottingham, Detroit, Michigan

(the address at which Deshawn Peterson was arrested on January

12, 2021). Through open source records, I confirmed that T.M.

lives in New Jersey and has never lived at the Nottingham

address. Further, the e-mail associated with this account is

TXXXXXXMXXXXX458@YAHOO.COM. IJU members commonly

use the numbers "458" to indicate their affiliation with the gang.

Therefore, the incorporation of these numbers into this email

address linked to a fraudulent debit card indicates an  IJU

member likely created the email address in order to further the

criminal scheme. A sum of $7,320 was loaded onto the card

between July 2, 2020, and November 3, 2020.

17.   One of the photos on Deshawn Peterson's phone depicted a card in

JENKINS's name which was issued out of the State of Arizona

(see below).



18.   The two photos below relate to a second debit card issued in

JENKINS's name by the State of Mississippi with an associated

mailing address of the XXXXX Cedargrove, Detroit, Michigan.

According to my investigation, Jenkins has no known association

with Mississippi or Arizona.





## USE OF THE DEBIT CARDS

19. I subpoenaed multiple records from Bank of America (BOA) ATM surveillance in attempt to determine who was using the fraudulently-issued debit cards. BOA returned results of surveillance footage obtained from multiple ATM machines in southeast Michigan. A portion of these results is featured below:

    a. A still shot photograph of JENKINS making a balance inquiry on July 3, 2020, at approximately 3:20 a.m., from the BOA located at Gratiot/Connor in Detroit. JENKINS made this inquiry using the fraudulently-obtained debit card bearing identity theft victim, T.M.'s name (described above).



b. A still shot photograph of JENKINS withdrawing $500 on
July 22, 2020, at approximately 6:26 p.m., from the BOA
located at Gratiot/Connor in Detroit. JENKINS made the
withdraw using the fraudulently-obtained debit card bearing
identity theft victim, T.M.'s name (described above).



c. A still shot photograph of JENKINS withdrawing $500 on
   September 3, 2020, at approximately 4:18 p.m., from the BOA
   ATM located near The Somerset Collection, a high-end
   shopping mall, in Troy, Michigan. JENKINS made the
   withdraw using the fraudulently-obtained debit card bearing
   identity theft victim, P.W.'s name (described above).



Date:   09/03/2020 16:18:52.92
Camera:   WU ATM IMID7325 IP
Event:   IMID7325
DVR:   Somerset-112120

d. A still shot photograph of JENKINS withdrawing $1,000 on

September 4, 2020, at approximately 10:02 a.m. from a BOA

ATM at a location on Gratiot Avenue in Clinton Township,

Michigan. JENKINS made the withdraw using the

fraudulently-obtained debit card bearing identity theft

victim, P.W.'s name (described above).



Date: 09/04/2020 10:02:50.20
Camera: WU ATM IMIH7256 IP
Event: IMIH7256
DVR: Gratiot-Metro-112221

e. A still shot photograph of JENKINS on September 4, 2020, at approximately 1:01 p.m., withdrawing $320 from the BOA ATM located near The Somerset Collection, in Troy. JENKINS made the withdraw using the fraudulently-obtained debit card bearing identity theft victim, T.M.'s name (described above).



Date: 09/04/2020 13:01:17 84
Camera: OH WU 7325 IP
Event: Surveillance
DVR: Somerset-112120

    f.  A still shot photograph of JENKINS on September 5, 2020, at

approximately 3:06 p.m. withdrawing $1,000 from a BOA

ATM near The Somerset Collection, in Troy. JENKINS made

the withdraw using the fraudulently-obtained debit card

bearing identity theft victim, P.W.'s name (described above).



Date: 09/05/2020 15:06:50.50
Camera: WU ATM IMID7325 IP
Event: Surveillance
DVR: Somerset-112120

g. A still shot photograph of JENKINS on September 8, 2020, at

approximately 1:49 p.m. withdrawing $1,000 from a BOA

ATM at Gratiot/Conner in Detroit. JENKINS made the

withdraw using the fraudulently-obtained debit card bearing

identity theft victim, P.W.'s name (described above).



h. A still shot photograph of JENKINS on September 10, 2020, at approximately 8:50 p.m. withdrawing $1,000 from a BOA ATM at Gratiot/Conner in Detroit. JENKINS made the withdraw using a fraudulently-obtained debit card, issued out of the State of Arizona, bearing Deshawn Peterson's name (described above).



i. A still shot photograph of JENKINS on September 11, 2020, at approximately 2:21 p.m. withdrawing $1,000 from a BOA ATM on Grand River in Detroit. JENKINS made the withdraw using a fraudulently-obtained debit card, issued out of the State of Arizona, bearing Deshawn Peterson's name (described above).



j. A still shot photograph of JENKINS on September 20,
2020, at 3:03 a.m. withdrawing $600 from a BOA ATM at
Gratiot/Conner in Detroit. JENKINS made the withdraw
using the fraudulently-obtained debit card bearing
identity theft victim, T.M.'s name (described above).



Date: 09/20/2020 03:03:03.00
Camera: DU ATM IMID1102 IP
Event: Surveillance
DVR: Gratiot-Conner-112296

j.  A still shot photograph of JENKINS on September 20, 2020, at

approximately 3:10 a.m. (seven minutes after the withdrawal

detailed in paragraph j) withdrawing $300 from a BOA ATM at

Gratiot/Conner in Detroit. JENKINS made the withdraw using

the fraudulently-obtained debit card bearing identity theft

victim, T.M.'s name (described above).



**SEARCH WARRANT AT DESHAWN PETERSON'S HOME**

20.  On January 12, 2021, the Detroit FBI Violent Gang Task Force
(VGTF) executed a federal search warrant at Deshawn Peterson's
residence in Detroit. At the time, Peterson was on pretrial release on
case 20-cr-20448, the IJU gang and drug conspiracy matter. During
the search, agents seized two phones, a firearm, and a debit card
issued by Michigan unemployment services in the name of C.M.
Peterson was arrested and indicted for aggravated identity theft,
wire fraud, illegal possession of a firearm, and commission of a crime
while on pretrial release (21-cr-20065, EDMI). Both that case, and

the IJU gang and drug conspiracy matter (20-cr-20448) are currently pending before Judge Robert H. Cleland in this district.

21.  During the search warrant, agents seized two phones which Peterson's girlfriend, Jasmine Joyce, claimed to own. Joyce admitted that Peterson uses the phones because his phone was seized in October 2020, when the FBI first arrested him for gang and drug activity. Joyce voluntarily signed a consent to search form for her two cell phones.

22.  I examined the contents of both cell phones, one of which revealed text communications with JERMAINE JENKINS. One message contained a picture of a Michigan Unemployment Insurance Agency (MIUIA) debit card in the name of C.M. This is the same debit card that was seized from Deshawn Peterson's house during the January 12, 2021 search warrant.

23.  On February 24, 2021, I spoke with C.M. by phone. He is a resident of the State of Georgia and has never filed for unemployment. He informed me he has no knowledge of or association with Deshawn Peterson, Jasmine Joyce, or JERMAINE JENKINS. Neither has he

traveled to the house on Nottingham in Detroit where the debit card in his name was found.

## **CONCLUSION**

24.  For the reasons stated above, I submit that there is probable cause to believe that JERMAINE JENKINS violated 18 U.S.C. § 1343, wire fraud, and 18 U.S.C. § 1028A(a)(1), aggravated identity theft.

Respectfully submitted,

*Kimberly Olech*
Kimberly Olech, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

*Elizabeth A. Stafford*
Elizabeth Stafford
UNITED STATES MAGISTRATE JUDGE

March 5, 2021